IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MISC. ACTION NO. |
| v. | ) | 2:18mc3816-MHT |
| | ) | (WO) |
| AEROTEK, | ) | |
| | ) | |
| Garnishee, | ) | |
| | ) | |
| OCTAVIOUS REEVES, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Upon consideration of the plaintiff's motion to dismiss garnishment (doc. no. 5), it is ORDERED that the motion is granted, and the writ of garnishment is dismissed (doc. no. 2).

This proceeding is closed.

DONE, this the 22nd day of June, 2018.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**